701 A.2d 131

IN THE MATTER OF LENNART CARLSON,
AN ATTORNEY AT LAW.

October 22, 1997.

## ORDER

The Disciplinary Review Board on August 5, 1997, having filed with the Court its decision concluding that **LENNART CARLSON**, formerly of **NEW BRUNSWICK**, who was admitted to the bar of this State in 1989, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence); and *RPC* 1.4 (failure to keep client reasonably informed), and good cause appearing;

It is ORDERED that **LENNART CARLSON** is hereby suspended from the practice of law for a period of three months, effective November 17, 1997, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.